## Equitable Beneficial Association *v.* Scott, Appellant.

*Judgments—Opening judgments—Discretion of court.*

A refusal to open a judgment confessed in a lease will not be disturbed, where there is no evidence of abuse of judicial discretion.

104  EQUITABLE BENEFICIAL ASSN. *v.* SCOTT.

Statement of Facts—Opinion of the Court. [82 Pa. Superior Ct.

Argued October 4, 1923. Appeal, No. 109, Oct. T., 1923, by defendant, from judgment of C. P. No. 1, Phila. Co., March T., 1922, No. 5207, discharging rule to open judgment in the case of Equitable Beneficial Association v. Nana Scott. Before ORLADY, P. J., PORTER, HENDERSON, TREXLER, KELLER, LINN and GAWTHROP, JJ. Affirmed.

Rule to open judgment in ejectment entered pursuant to a lease. Before SHOEMAKER, P. J.

The facts are stated in the opinion of the Superior Court.

The court discharged the rule. Defendant appealed.

*Error assigned* was the judgment of the court.

*Hugh Roberts,* for appellant.

*Charles Sinkler,* for appellee.

PER CURIAM, November 19, 1923:

This appeal is from the refusal to open a judgment in ejectment entered pursuant to a lease. Defendant denied that she executed the lease, and averred that she was in possession under an oral arrangement whose terms need not now be stated. Her allegations were put in issue and both parties filed depositions. Two subscribing witnesses testified that defendant executed the lease in their presence; she testified that what purported to be so was not in fact her signature. Without referring to the other evidence in the case it is sufficient to say there is nothing indicating any abuse of judicial discretion in discharging the rule to open.

Judgment affirmed.